**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00624-CMA-MEH

JOSHUA CICHOCKI,

    Plaintiff,

v.

ROUND MOUNTAIN WATER AND SANITATION DISTRICT,

    Defendant.

## ORDER DISMISSING COUNTERCLAIM WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss Under Rule 41 (Doc. # 23). The Court having reviewed the motion and the parties being in agreement, it is hereby

ORDERED that Defendant's counterclaim against Plaintiff is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED: August __14__, 2009

                                                BY THE COURT:

                                               _/s/ Christine M. Arguello_
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge