**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00624-CMA-MEH

JOSHUA CICHOCKI,

    Plaintiff,

v.

ROUND MOUNTAIN WATER AND SANITATION DISTRICT,

    Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter is before the Court upon the parties' Stipulation for Dismissal With Prejudice (Doc. # 26). The Court having reviewed the Stipulation and being fully advised, it is hereby

ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE, each party to pay his or its own costs and fees.

DATED: October  27 , 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge